UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CHARLOTTE B. MILLINER, et al., | Case No.15-cv-03354-TEH (LB) |
| Plaintiffs, | |
| v. | **NOTICE OF DISCOVERY PROCEDURES** |
| MUTUAL SECURITIES, INC., | |
| Defendant. | |

The district court referred all discovery to the undersigned. (*See* ECF No. 19.) The parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint-letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: January 31, 2016

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (No. 3:15-cv-03354-TEH (LB))