# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE B. MILLINER, et al., Plaintiffs, v. MUTUAL SECURITIES, INC., Defendant. | Case No. 15-cv-03354-DMR  **ORDER DISMISSING CASE** |

On June 6, 2018, this case was transferred to the undersigned solely for enforcement of the parties' settlement agreement. The case may be reopened solely for that purpose. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: September 11, 2018



Donna M. Ryu
United States Magistrate Judge