Timothy W. Fredricks (SBN 238039)
Jared M. Ahern (SBN 279187)
**WINGET SPADAFORA & SCHWARTZBERG LLP**
1900 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone: 310.836.4800
Facsimile: 310.836.4801

Attorneys for Defendant
MUTUAL SECURITIES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE B. MILLINER, as trustee of the Charlotte B. Milliner Trust dated January 30, 1997, and as owner and holder of the CHARLOTTE B. MILLINER SEP IRA; JOANNE BREM, as Trustee of the Van Santen-Brem Revocable Trust, for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MUTUAL SECURITIES, INC., a California corporation,<br><br>Defendant. | CASE NO. 3:15-cv-03354-DMR<br><br>**DEFENDANT MUTUAL SECURITIES, INC.'S NOTICE OF ADMINISTRATIVE MOTION AND MOTION TO FILE DOCUMENTS RELATING TO MOTION TO ENFORCE SETTLEMENT AND STIPULATED PROTECTIVE ORDER UNDER SEAL**<br><br>[No hearing required pursuant to Local Rule 7-11(c)]<br><br>Action Filed: July 21, 2015 |

TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD, PLEASE TAKE NOTICE that pursuant to Local Rules 7-11 and 79-5, Defendant Mutual Securities, Inc. ("MSI") hereby moves this Court for an order allowing it to file the following documents under seal:

1. The unredacted version of Exhibit 2 to the declaration of Timothy W. Fredricks, which is the settlement agreement entered into in this case.
2. The unredacted version of Exhibit 3 to the declaration of Timothy W. Fredricks, which is a statement of claim filed before the Financial Industry Regulatory Authority by Vincent Gilotti and against MSI; and
3. The unredacted version of MSI's Motion to Enforce Settlement Agreement and Stipulated Protective Order.

The grounds for this motion is that these documents contain information designated as confidential in the parties' settlement agreement dated June 1, 2018 and entered into at a settlement conference before this Court. This motion is based on the accompanying memorandum of points and authorities and declaration of Timothy W. Fredricks. A proposed order is attached hereto as Exhibit 1.

Pursuant to Local Rule 79-5(c), concurrently with the filing of this motion, the unredacted version of the documents sought to be sealed are being filed under seal.

WINGET SPADAFORA &
SCHWARTZBERG LLP

Dated: April 5, 2019     By:   /s/ Timothy W. Fredricks
Timothy W. Fredricks
Jared M. Ahern

Attorneys for Defendant
MUTUAL SECURITIES, INC.

## MEMORANDUM OF POINTS AND AUTHORITIES

By this Motion, MSI seeks an order allowing it to file portions of its Motion to Enforce the Settlement Agreement and Stipulated Protective Order and the accompanying declarations and exhibits under seal. The reason is that the Motion and its exhibits include the confidential settlement agreement the parties executed in this case, deposition testimony which is considered confidential per the terms of the settlement agreement, and documents marked confidential and protected from disclosure per the terms of the Stipulated Protective Order approved and ordered by this Court.

First, MSI seeks an order allowing it to file the portions of its Motion, and exhibits, that are or quote the settlement agreement under seal. The confidentiality provision of the settlement agreement was a material term to that agreement designed to ensure that the terms of the settlement agreement, and the events and negotiations leading up to the settlement agreement, would not be disclosed to the public or used in subsequent litigation against MSI. In compliance with this agreement, MSI does not want to file the settlement agreement or its language in the public record.

MSI further seeks an order allowing it to file the portions of its Motion, and exhibits, that are or quote deposition testimony. The deposition that is quoted and attached to the Gilotti statement of claim constitutes an event which led to the settlement of this case.

//
//
//

1  Finally, MSI seeks an order allowing it to file the portions of its Motion, and
2  exhibits, that are the documents marked as "CONFIDENTIAL," and protected
3  from disclosure by the Stipulated Protective Order under seal, as those documents
4  contain sensitive information from MSI, which is why they were marked
5  "CONFIDENTIAL" pursuant to the stipulated protective order. Certain redacted
6  information from the Gilotti Statement of Claim also contains private information
7  of Gilotti, including income and personal identifying information.

**WINGET SPADAFORA & SCHWARTZBERG LLP**

Dated: April 5, 2019        By: _/s/_____

Timothy W. Fredricks
Jared M. Ahern

Attorneys for Defendant
MUTUAL SECURITIES, INC.

# DECLARATION OF TIMOTHY W. FREDRICKS

Pursuant to 28 U.S.C. § 1746, I, Timothy W. Fredricks, declare as follows:

1. I am an attorney authorized to practice before all the courts of the State of California and before this Court. I am a partner at Winget Spadafora & Schwartzberg, LLP, the attorneys of record in this action for Defendant Mutual Securities, Inc. ("MSI"). I have personal knowledge of the following facts due to my work on this case.

2. On or about January 31, 2016, a Stipulated Protective Order between the parties was approved by this Court.

3. On June 1, 2018 MSI and the plaintiffs in this case, Charlotte Milliner and Joanne Brem, entered into a settlement agreement at a settlement conference before the Honorable Magistrate Judge Ryu.

4. I am familiar with the Stipulated Protective Order and its terms through my involvement as MSI's attorney in this matter. I am personally aware that the Stipulated Protective Order prohibited disclosure of Protected Material unless "in connection with this case only for prosecuting, defending, or attempting to settle this litigation."

5. I am familiar with the settlement agreement and its terms through my involvement as MSI's attorney in this matter. I am personally aware that the settlement agreement provides that "the settlement agreement… and events… leading up to the agreement…are strictly confidential."

6. The unredacted settlement agreement, unredacted version of the statement of claim filed by Gilotti, and the unredacted version of the Motion to Enforce the Settlement Agreement all classify as Confidential Information per the terms of the settlement agreement. Moreover, the unredacted version of the Gilotti statement of claim constitutes Protected Material under the terms of the Stipulated Protective Order, as well as private financial information of Gilotti.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on April 5, 2019 at Los Angeles, California.

_____
Timothy W. Fredricks

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is the office of Winget Spadafora & Schwartzberg LLP, located at 1900 Avenue of the Stars, Suite 450, Los Angeles, CA 90067.

On April 5, 2019, I served the following document described as:

**DEFENDANT MUTUAL SECURITIES, INC.'S NOTICE OF ADMINISTRATIVE MOTION AND MOTION TO FILE DOCUMENTS RELATING TO MOTION TO ENFORCE SETTLEMENT AND STIPULATED PROTECTIVE ORDER UNDER SEAL**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

David Sturgeon-Garcia
The Law Offices of David Sturgeon-Garcia
1042 Country Club Drive, Suite 1A
Moraga, CA 94556

☐ [BY MAIL] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ [BY PERSONAL SERVICE] by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☒ [BY EMAIL] by email transmission to the parties pursuant to the mandatory CM/ECF system.

☐ [BY OVERNIGHT DELIVERY] I enclosed the document in an envelope or package provided by an overnight delivery carrier and addressed to the party at the address listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier to receive documents, with delivery fees paid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 5, 2019 at Los Angeles, California.

Rippanjot Kahlon

PROOF OF SERVICE