1  Timothy W. Fredricks (SBN 238039)
   Jared M. Ahern (SBN 279187)
2  **WINGET SPADAFORA & SCHWARTZBERG LLP**
3  1900 Avenue of the Stars, Suite 450
   Los Angeles, CA 90067
4  Telephone: 310.836.4800
   Facsimile:  310.836.4801

5  Attorneys for Defendant
6  MUTUAL SECURITIES, INC.

7

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CHARLOTTE B. MILLINER, as trustee of the Charlotte B. Milliner Trust dated January 30, 1997, and as owner and holder of the CHARLOTTE B. MILLINER SEP IRA; JOANNE BREM, as Trustee of the Van Santen-Brem Revocable Trust, for themselves and on behalf of all others similarly situated, | CASE NO. 3:15-cv-03354-DMR  **[PROPOSED] ORDER GRANTING DEFENDANT MUTUAL SECURITIES, INC.'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND STIPULATED PROTECTIVE ORDER** |
| Plaintiffs, | Action Filed: July 21, 2015 |
| v. | |
| MUTUAL SECURITIES, INC., a California corporation, | |
| Defendant. | |

# PROPOSED ORDER

Having reviewed Defendant's Motion to Enforce Settlement Agreement and Stipulated Protective Order, the Declaration of Timothy W. Fredricks, the Declaration of Jason T. Dennett, materials submitted in support thereof, and other records on file, the Court hereby GRANTS the motion to enforce settlement agreement and stipulated protective order, and orders the following:

1) Plaintiff Charlotte Milliner is ordered to dismiss the FINRA Action against Mutual Securities, Inc.;

2) Plaintiffs Charlotte Milliner and Joanne Brem are ordered to instruct their attorney, David Sturgeon-Garcia, to dismiss the Gilotti Statement of Claim, instruct FINRA to remove it from the administrative record, and file an amended statement of claim that does not include any confidential information; and

3) Plaintiffs Charlotte Milliner and Joanne Brem, and David-Sturgeon Garcia are ordered to pay Mutual Securities, Inc. its reasonable attorneys' fees and costs incurred in enforcing the settlement agreement.

IT IS SO ORDERED.

Dated: _____        _____
                                DONNA M. RYU
                                United States Magistrate Judge